UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00201 |
| | ) | Chief Judge Haynes |
| PAUL RANDALL ANDERSON | ) | |

MOTION TO SET PLEA DATE

*[Handwritten annotation: Motion is GRANTED, but the hearing is set for November 19, 2012 at 4:30 pm. / Will / WJH / 11-14-12]*

Comes the defendant, with the agreement of the government, and hereby moves the Court to set this matter for a plea hearing on Friday, November 2, 2012. In support of this motion defendant would state that the parties have reached a negotiated settlement of this matter and are prepared to go forward with the plea.

Respectfully submitted,

s/ Sumter L. Camp
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of October, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: the Honorable William L. Deneke, Assistant United States Attorney 110 9th Avenue South, Suite A961, Nashville, Tennessee 37203.

s/ Sumter L. Camp
SUMTER L. CAMP